PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
JOSEPH BARTON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASWINDER BHANGOO,<br><br>Defendant. | CASE NO. 1:23-CR-00171-ADA-BAM<br><br>AMENDED STIPULATION SETTING ARRAIGNMENT ON INFORMATION AND CHANGE OF PLEA HEARING;  ORDER |

**STIPULATION**

United States of America, by and through its counsel of record, and defendant Jaswinder Bhangoo ("the defendant"), by and through the defendant's counsel of record, hereby stipulate as follows:

1. The parties have filed a plea agreement to resolve this case where the defendant has agreed to waive his right to indictment and proceed by information.

2. Therefore, the parties agree that the case can be set for an arraignment on the information and change of plea hearing before the Honorable Ana de Alba on October 10, 2023, at 8:30 a.m.

3. To the extent that any of the deadlines under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*., apply, the parties agree to extend those deadlines through October 10, 2023, in the interests of justice, including the need for defense preparation and continuity of defenese counsel.  The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of

the defendant to a speedy trial.

      IT IS SO STIPULATED.

Dated:  August 29, 2023　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　/s/ BRITTANY M. GUNTER
　　　　　　　　　　　　　　　　　　　　　　　BRITTANY M. GUNTER
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated:  August 29, 2023　　　　　　　　　　　　/s/ TIMOTHY HENNESSY
　　　　　　　　　　　　　　　　　　　　　　　TIMOTHY HENNESSY
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Jaswinder Bhangoo

## ORDER

      Upon the parties' stipulation and for good cause shown, this case is set for an arraignment on the information and change of plea hearing on October 10, 2023, at 8:30 a.m., before the Honorable Ana de Alba.  To the extent that the deadlines set by the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*., apply, those deadlines are extended through October 10, 2023, for defense preparation and continuity of defense counsel.

IT IS SO ORDERED.

   Dated:  August 29, 2023　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE