# UNITED STATES DISTRICT COURT
для
Eastern District of California

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | Case No. 1:23-CR-00171-ADA-BAM |
| | ) | |
| JASWINDER BHANGOO | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 8/30/2023

*Defendant's signature*

*Signature of defendant's attorney*

Timothy Patrick Hennessey
*Printed name of defendant's attorney*

*Judge's signature*

Honorable Ana de Alba, U.S. District Judge
*Judge's printed name and title*