**HENNESSY LAW GROUP**
Timothy P. Hennessy, State Bar No. 286317
l2l5 "L" Street
Bakersfield, CA 93301
Tel: (661) 237-7179
Email : tph@hennessyatlaw. com

Attorney for:
**JASWINDER BHANGOO**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | **Case No.  1:23-cr-00171-NODJ-BAM** |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO |
| v. | CONTINUE THE SENTENCING HEARING |
| **JASWINDER BHANGOO**, | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, BEFORE A DISTRICT JUDGE AND BRITTANY GUNTER, ASSISTANT UNITED STATES ATTORNEY:

    **COMES NOW** Defendant, JASWINDER BHANGOO, by and through his attorney of record, Timothy Hennessy hereby requesting that the sentencing hearing currently set for Tuesday, February 20, 2024, be continued to April 29, 2024.

    Defense counsel is currently engaged in a federal trial *Charles Barrett 1:22-cr-00213-JAM-BAM USA v. Barrett.* The continuance is necessary to allow defense counsel sufficient time to review the PSR with the defendant, prepare and file objections, and prepare for sentencing after receipt of the final PSR. I have spoken to AUSA Brittany Gunter, and she has no objection to continuing the matter. In addition, all counsel and USPO Ross Micheli have agreed to continue the dates set forth in the Presentence Investigation Referral/Schedule to the following dates:

    **Formal Objections Filed with Court and Served to Probation and Opposing Counsel April 15, 2024**

    **Reply, or Statement of Non-Opposition April 24, 2024**

    **Judgement and Sentencing Date April 29, 2024**

1

2

**IT IS SO STIPULATED.**

3
                                                                Respectfully Submitted,

4

DATED: February 7, 2024                    */s/ Timothy Hennessy*
5                                                              TIMOTHY HENNESSY
                                                               Attorney for Defendant
6                                                              Jaswinder Bhangoo

7

8

DATED: February 7, 2024                    */s/Brittany Gunter*
9                                                              BRITTANY GUNTER
                                                               Assistant U.S. Attorney
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>ORDER</u>**

IT IS SO ORDER that the sentencing hearing currently set for Tuesday, February 20, 2024, be continued to **<u>April 29, 2024, at 8:30 am in Courtroom 5 before the District Court Judge</u>**, and the following briefing schedule be adopted:

**Formal Objections Filed with Court and Served to Probation and Opposing Counsel April 15, 2024. Reply, or Statement of Non-Opposition April 24, 2024. Judgement and Sentencing Date April 29, 2024.**

IT IS SO ORDERED.

Dated:   **February 8, 2024**          /s/ *Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE