PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00171-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| v. | DATE: May 7, 2024 |
| JASWINDER BHANGOO, | TIME: 8:30 a.m. |
| Defendant. | COURT: Hon. Todd Robinson |

The United States of America, by and through its counsel of record, and defendant Jaswinder Bhangoo, by and through defendant's counsel of record, Timothy Hennessy, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on April 29, 2024. ECF 14.

2. On April 15, 2024, the Court informed the parties that the sentencing hearing was reset to May 7, 2024. ECF 15.

3. The defendant's counsel is not available for the sentencing hearing as reset by the Court due to his illness.

4. The parties conferred and are available for sentencing on May 15, 2024. The parties also confirmed with the courtroom deputies that this date is available for sentencing.

5. Accordingly, the parties stipulate to continue the defendant's sentencing hearing from May 7, 2024, to May 15, 2024.

///

6. An exclusion of time is not necessary as the defendant previously entered a guilty plea.

IT IS SO STIPULATED.

| Dated:  May 6, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
|---|---|
| | /s/ BRITTANY M. GUNTER<br>BRITTANY M. GUNTER<br>Assistant United States Attorney |
| Dated:  May 6, 2024 | /s/ TIMOTHY HENNESSY<br>TIMOTHY HENNESSY<br>Counsel for Defendant |

**ORDER**

IT IS ORDERED that the sentencing hearing currently set for May 7, 2024, is continued to **May 15, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:  **May 6, 2024**      /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE SENTENCING; ORDER       2