**HENNESSY LAW GROUP**
Timothy Hennessy State Bar No. 286317
1217 L Street
Bakersfield, CA 93301
Tel: (661) 237-7179
Fax: (661) 742-1898
Email: tph@hennessyatlaw.com

Attorney for JASWINDER BHANGOO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASWINDER BHANGOO,<br><br>Defendant. | No. 1:23-cr-00171-LL-BAM<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF TIMOTHY HENNESSY AS ATTORNEY OF RECORD AND ORDER** |

     On August 25, 2023, Jaswinder Bhangoo was indicted on federal charges. Timothy Hennessy was appointed as counsel to represent Mr. Bhangoo on 1:23-cr-00171-LL-BAM in his criminal case. Mr. Bhangoo was sentenced pursuant to a plea agreement on May 15, 2024. The time for filing a direct appeal was June 5, 2024. No direct appeal was filed. Mr. Bhangoo was out custody at sentencing. Having completed his representation of Mr. Bhangoo, Timothy Hennessy now moves to terminate his appointment under the Criminal Justice Act.

/
//
///

Should Mr. Bhangoo require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

Dated: June 5, 2024                              Respectfully submitted,

/s/*Timothy Hennessy*
Timothy Hennessy
Attorney for Jaswinder Bhangoo

**ORDER**

Having reviewed the notice and found that attorney Timothy Hennessy has completed the services for which he was appointed, the Court hereby grants attorney Timothy Hennessy's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Jaswinder Bhangoo at the following address and to update the docket to reflect Defendant's pro se status and contact information.

JASWINDER BHANGOO
bhangootruckline@gmail.com

4408 Cimarron Ridge Drive

Bakersfield, California 93313

**IT IS SO ORDERED**

DATED:  June 6, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE