HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LISA N. LUMEYA, DC BN # 90017392
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Counsel for Defendant
JASWINDER BHANGOO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>JASWINDER BHANGOO,<br><br>              Defendant. | Case No. 1:23-CR-00171-DAD-BAM<br><br>[PROPOSED] ORDER FOR RELEASE |

IT IS HEREBY ORDERED that defendant Jaswinder Bhangoo shall be released from the Central Valley Annex on Tuesday, September 9, 2025, at 8:00 a.m., only to the custody of a representative of the Office of the Federal Defender.  Immediately upon release, Defendant shall be transported directly to WestCare, located at 611 E. Belmont Ave., Fresno, CA 93701, for intake and admission into the WestCare program.

IT IS SO ORDERED.

Dated:   **September 5, 2025**                                   _____
                                                                                UNITED STATES MAGISTRATE JUDGE