| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | LISA N. LUMEYA, DC BN # 90017392 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Counsel for Defendant |
| | JASWINDER BHANGOO |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:23-CR-00171-DAD-BAM |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE; [PROPOSED] ORDER |
| vs. | DATE: September 12, 2025 |
| JASWINDER BHANGOO, | TIME: 2:30 p.m. |
| Defendant. | COURT: Hon. Christopher D. Baker |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Luke Baty, counsel for plaintiff, and Assistant Federal Defender Lisa N. Lumeya, counsel for Defendant Jaswinder Bhangoo, that Mr. Bhangoo was transported to the Westcare Inpatient Treatment Program as ordered, and the Court may continue the status conference from September 12, 2025, to November 13, 2025.

On September 2, 2025, Mr. Bhangoo was arraigned on a supervised release violation petition. ECF No. 30. On September 5, 2025, this Court issued an order for release, directing that Mr. Bhangoo be released into the custody of a representative of the Office of the Federal Defender and immediately transported to the Westcare Inpatient Treatment Facility. ECF No. 32. The Court also scheduled a status conference for September 12, 2025. *Id.* On September 9, 2025, Mr. Bhangoo was transported as ordered. Representatives from the Office of the Federal Defender

coordinated with representatives from the Probation Office to facilitate Mr. Bhangoo's intake process, and he was admitted into the program without issue.

The parties now move to continue the status conference until November 13, 2025. Mr. Bhangoo has just begun the Westcare Inpatient Treatment Program, and the new requested date would be prior to any expiration of his 90-day stay. The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The requested date is mutually agreeable for the parties. As this is a supervised release violation matter, no exclusion of time is necessary.

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: September 11, 2025          */s/ Luke Baty*
                                  LUKE BATY
                                  Assistant United States Attorney
                                  Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: September 11, 2025          */s/ Lisa Ndembu Lumeya*
                                  Lisa N. Lumeya
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  JASWINDER BHANGOO

## [PROPOSED] ORDER

IT IS SO ORDERED that the status conference currently scheduled for September 12, 2025, is continued to November 13, at 2:30 p.m. before the Honorable Christopher D. Baker.

IT IS SO ORDERED.

Dated:  **September 11, 2025**                    _____
                                                  UNITED STATES MAGISTRATE JUDGE