HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LISA N. LUMEYA, DC BN # 90017392
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Counsel for Defendant
JASWINDER BHANGOO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASWINDER BHANGOO,<br><br>Defendant. | Case No. 1:23-CR-00171-DAD-BAM<br><br>STIPULATION REGARDING CONTINUANCE; [PROPOSED] ORDER<br><br>DATE: November 13, 2025<br>TIME: 2:30 p.m.<br>COURT: Hon. Christopher D. Baker |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Luke Baty, counsel for plaintiff, and Assistant Federal Defender Lisa N. Lumeya, counsel for Defendant Jaswinder Bhangoo, that Mr. Bhangoo is progressing well through the Westcare treatment program and the Court may continue the status conference from November 13, 2025, to January 14, 2026.

On September 2, 2025, Mr. Bhangoo was arraigned on a supervised release violation petition.  ECF No. 30.  On September 5, 2025, this Court issued an order for release, directing that Mr. Bhangoo be released into the custody of a representative of the Office of the Federal Defender and immediately transported to the Westcare treatment facility.  ECF No. 32.

The parties now move to continue the status conference until January 14, 2026.  As confirmed by the United States Probation Office, Mr. Bhangoo has progressed very well through Westcare and is set to complete the program as scheduled next month.  Mr. Bhangoo's spouse is

prepared to welcome him into the approved residence of their home as he continues with his court ordered terms of supervised release pending disposition of this matter. *See* ECF No. 32, 34. The parties and probation have conferred and agree the requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The requested date is mutually agreeable for the parties. As this is a supervised release violation matter, no exclusion of time is necessary.

                                      Respectfully submitted,

                                      ERIC GRANT
                                      United States Attorney

Date: November 10, 2025        */s/ Luke Baty*
                                      LUKE BATY
                                      Assistant United States Attorney
                                      Attorney for Plaintiff


                                      HEATHER E. WILLIAMS
                                      Federal Defender

Date: November 10, 2025        */s/ Lisa Ndembu Lumeya*
                                      Lisa N. Lumeya
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      JASWINDER BHANGOO


## [PROPOSED] ORDER

      IT IS SO ORDERED that the status conference currently scheduled for November 13, 2025, is continued to January 14, 2026, at 2:30 p.m. before the Honorable Christopher D. Baker. Mr. Bhangoo is ordered to remain released subject to the conditions incorporated this Court's Orders dated September 5, 2025 (Docs. 32-34).

IT IS SO ORDERED.

    Dated: **November 12, 2025**                              _____
                                                      UNITED STATES MAGISTRATE JUDGE